# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ABOVE ALL BAIL BONDS** and **TIMOTHY KOZLOWSKI**,
Appellants,

v.

**STATE OF FLORIDA** and
**THE ST. LUCIE CLERK OF THE CIRCUIT COURT**,
Appellees.

No. 4D18-2266

[March 14, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562017CF002231A.

Russell J. Ferraro, III, of Ferraro Law Group PL, Stuart, for appellant.

Stephen S. Isherwood of Travis R. Walker, P.A., Stuart, for appellee The St. Lucie Clerk of the Circuit Court.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***